UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
Daniel Khodzhandiyev, individually and on behalf of all
others similarly situated;

                    Plaintiff,

                    -against-

Admin Recovery, LLC.,
and John Does 1-25

                    Defendant(s).
------------------------------------------------------------------------x

Case No: 1:20-cv-00761-ARR-RLM

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND ADMIN RECOVERY, LLC, AND JOHN DOES 1-25 AND [PROPOSED] ORDER**

So Ordered,

/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.

8/14/2020

**IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Admin Recovery, LLC and John Does 1-25, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: August 13, 2020

                        **HOROWITZ LAW, PLLC**

                        */s/ Uri Horowitz*
                        Uri Horowitz
                        14441 70th Road
                        Flushing, NY 11367
                        Phone: (718) 705-8706
                        uri@horowitzlawpllc.com

                        *Attorney for Plaintiff Daniel Khodzhandiyev*

1

Dated: August 13, 2020

**ADMIN RECOVERY, LLC**

*/s/ John P. Touhey*
John P. Touhey, Esq.
6225 Sheridan Drive, Suite 118
Williamsville, NY 14221
Telephone: 855-718-2500
Jtouhey@adminrecovery.Com

*Counsel for Admin Recovery, LLC*

SO ORDERED:

/s/(ARR)

JUDGE, U.S. District Court
Eastern District of New York

2